IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREPOINTE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHAMA EXPRESS LLC, MOHAMMED ) <br> AKBARI and DILAWAR ALI SHAH, ) <br> ) <br> Defendants. ) | Civil Action No. 3:22-114 <br> Judge Stephanie L. Haines |

## JUDGMENT ORDER

AND NOW, this 9th day of February, 2023, pursuant to Federal Rule of Civil Procedure 58(a), IT IS ORDERED that final Judgment hereby is entered in favor of Plaintiff CorePointe Insurance Company, and against Defendants Shama Express LLC, Mohammed Akbari, and Dilawar Ali Shah; and,

IT FURTHER IS DECLARED, pursuant to 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57, that:

- CorePointe Insurance Company has no duty to defend or to indemnify Shama Express, LLC, Mohammed Akbari, or Dilawar Ali Shah for the claims asserted against them in the matter captioned *Burns v. Shama Express, LLC, et al.*, Case No. 2:22-cv-00113-WSH-MPK, in the United States District Court for the Western District of Pennsylvania under either the CorePointe Policy with Policy No. CIC1002223-00-NT or the CorePointe Policy with Policy No. CIC1002223-00-EX.

- CorePointe Insurance Company may terminate its defense of Shama Express, LLC, Mohammed Akbari, and Dilawar Ali Shah for the claims asserted against them in the matter captioned *Burns v. Shama Express, LLC, et al.*, Case No. 2:22-cv-00113-WSH-MPK, in the United States District Court for the Western District of Pennsylvania.

_____
Stephanie L. Haines
United States District Judge